IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NICHOLAS J. BENEDETTI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KEY CORP and KEY BANK NATIONAL ASSOCIATION d/b/a KEYBANK,<br><br>    Defendants. | Case No. 1:10-cv-00660 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JOSEPH G. GUGLIELMO

Plaintiffs respectfully move the Court for admission *pro hac vice* of attorney Joseph P. Guglielmo, Scott+Scott LLP, 500 5th Avenue, 40th Floor, New York, New York, 10019. Attorney Guglielmo is an experienced litigator who has particular knowledge of and familiarity with the issues involved in this case. Accordingly, Attorney Guglielmo would greatly assist Plaintiffs' prosecution of this case. The undersigned will continue to serve as counsel for the Plaintiffs and will ensure that Attorney Guglielmo is familiar with the local rules and practices of this Court.

In support of his motion for admission, attached hereto as Exhibit 1 is the Affidavit of Joseph P. Guglielmo showing that Mr. Guglielmo is a member of the law firm of Scott+Scott LLP, that he is a member in good standing of the Bars of the State of New York, the State of Connecticut and the Commonwealth of Massachusetts.

For the above reasons, Plaintiffs respectfully request this Court grant Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Joseph P. Guglielmo.

Dated: Apirl __8__, 2010

Respectfully submitted,

_____
Geoffrey M. Johnson (0073084)
SCOTT+SCOTT LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
Email: gjohnson@scott-scott.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify on the __8__ day of April, 2010, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Attorney Joseph P. Guglielmo was served via the electronic filing system, and to those not registered on the electronic filing system, a copy was mailed via U.S. Mail, postage prepaid.

_____
Geoffrey M. Johnson (0073084)
SCOTT+SCOTT LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
Email: gjohnson@scott-scott.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **NICHOLAS J. BENEDETTI, individually and on behalf of all others similarly situated,** : | |
| : | Case No. |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **KEY CORP and KEY BANK NATIONAL ASSOCIATION d/b/a KEYBANK,** : | |
| : | |
| **Defendants.** : | |

## AFFIDAVIT OF JOSEPH P. GUGLIELMO IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, Joseph P. Guglielmo, being duly sworn upon oath, depose and say:

1. I am an attorney for Plaintiffs in the above-referenced case. I make this Affidavit in support of a Motion for Admission of Counsel *pro hac vice* in this case.

2. I am a member in good standing of the bars of the following courts and jurisdictions: the State of New York, the State of Connecticut and the Commonwealth of Massachusetts.

3. I am an attorney at New York City, New York firm location of Scott+Scott:

Joseph P. Guglielmo
(New York Reg. #759819)
Scott+Scott LLP
500 5th Avenue, 40th Floor
New York, New York 10019
Telephone: 212-223-6444
Facsimile: 212-223-6334
Email: jguglielmo@scott-scott.com.

4. I regularly represent individuals and classes of individuals in similar litigation in other federal courts. I am the attorney sought by Plaintiffs in this case and good cause exists for this Court to admit *me pro hac vice*.

5.  I acknowledge and agree that if I am admitted to *pro hac vice*, I will submit to the rules of this Court.

6.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or have ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joseph P. Guglielmo (New York Reg. 759819)

State of ~~Ohio~~ New York )
County of ~~Cuyahoga~~ New York )

Subscribed and sworn to (or affirmed) before me on this 6th day of April, 2010, by Joseph P. Guglielmo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

Place Seal:   ANN E. SLAUGHTER
Notary Public-State of New York
No. 01SL6183108
Qualified in Bronx County
Commission Expires March 10, 2012